

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 OCT 22 PM 3:37

JTW: USAO#2014R00636

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| | * | CRIMINAL NO. WDQ-14-0479 |
| v. | * | |
| | * | (Conspiracy to Distribute and Possess |
| IRVIN VINCENT, | * | with Intent to Distribute Heroin, 21 |
| a/k/a "O," | * | U.S.C. § 846; Possession with Intent to |
| STACEYANN GRAHL, | * | Distribute Heroin, 21 U.S.C. § 841(a)(1); |
| CHRISTOPHER STAMP, | * | Possession of a Firearm in Furtherance |
| KYLE SELBY, and | * | of a Drug Trafficking Crime, 18 U.S.C. |
| DELANO MCDONALD | * | § 924(c); Possession with the Intent to |
| | * | Distribute Heroin, 21 U.S.C. § 841(a); |
| Defendants | * | Possession of a Firearm by a Felon, |
| | * | 18 U.S.C. § 922(g)(1); Aiding and |
| | * | Abetting, 18 U.S.C. § 2) |
| | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE

(Conspiracy to Distribute and Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland charges that:

From in or about December 2013 and continuing until in or about July of 2014, in the District of Maryland, the defendants,

**IRVIN VINCENT,
a/k/a "O,"
STACEYANN GRAHL,
CHRISTOPHER STAMP,
KYLE SELBY, and
DELANO MCDONALD,**

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one

kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

## COUNT TWO

(Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about July 8, 2014, in the District of Maryland, the defendant,

**IRVIN VINCENT,**
a/k/a "O,"

did knowingly and intentionally possess with intent to distribute: a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE

(Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about July 8, 2014, in the District of Maryland, the defendant,

**IRVIN VINCENT,**
a/k/a "O,"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## **COUNT FOUR**

(Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about July 9, 2014, in the District of Maryland, the defendant,

**KYLE SELBY,**

did knowingly and intentionally possess with intent to distribute: a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE

(Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about July 9, 2014, in the District of Maryland, the defendant,

**KYLE SELBY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Four of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT SIX

(Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about June 21, 2014, in the District of Maryland, the defendant,

## CHRISTOPHER STAMP,

did knowingly and intentionally possess with intent to distribute: a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN

(Possession of a Firearm by a Felon)

The Grand Jury for the District of Maryland further charges that:

On or about July 8, 2014, in the District of Maryland, the defendant,

**IRVIN VINCENT,**
a/k/a "O,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: a loaded Taurus .357 caliber revolver with serial number 5241214; a loaded Glock 9mm semi-automatic handgun; and a loaded CZ100 9mm semi-automatic handgun.

18 U.S.C. § 922(g)(1)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

10/22/14
Date