Greetings Hon. Timothy J. Sullivan,        4-13-15

    My name is Irvin Vincent. I hope this letter and affidavit reaches you in good health both mentally and physically. I am currently in state custody in Cumberland MD. I have been informed that there is a federal detainer on me because I am charged in U.S. District Court case number 14-cr-0479-WDQ. I would like the court to appoint counsel to represent me please. I highly appreciate it and I Thank you. Have a safe and blessed day. Thanks again.

        Irvin Vincent #434301
        13800 McMullen Hwy, SW
        Cumberland, MD 21502

___ FILED    ✓ ENTERED
___ LOGGED   ✓ RECEIVED

APR 16 2015

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Irvin Vincent #434301
13850 McMullen Highway, SW
Cumberland, MD 21502



FILED ___ ENTERED
LODGED ___ RECEIVED
APR 1 6 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2120:262315

BALTIMORE MD 212

14 APR 2015 PM 9 L

Hon. Timothy J. Sullivan
US. Magistrate Judge
U.S. District Court
101 W. Lombard Street
Baltimore, MD 21201